**SEALED**

**FILED**

**DEC 12 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information associated with the following accounts that are stored at premises controlled by Google Inc.:<br><br>LasVegasConfidenceco@gmail.com;<br>(702) 518-7670; (424) 260-7550 | Case No. 1:13 SW 310 BAM<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google Inc. ("Google") an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Google may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice.

//

//

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date 12/12/13

Barbara A. McAuliffe
United States Magistrate Judge